UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YAYA JALLOW,<br><br>               Plaintiff,<br>  v.<br><br>WELLS FARGO & CO and EAN HOLDINGS, LLC,<br><br>               Defendants. | CASE NO. 2:22-cv-00253-TL<br><br>ORDER OF DISMISSAL |

      This matter is before the Court *sua sponte*. On May 18, 2023, the Court issued an Order to Show Cause why the matter should not be dismissed for failure to state a claim on which relief can be granted. Dkt. No. 10. On June 5, the Court's May 18 order was returned as undeliverable. Dkt. No. 11. All Parties, including "any party not represented by an attorney," are responsible for maintaining accurate contact information with the Court, including a valid mailing address, and "must file a notice with the court of any change in address . . . within ten days of the change." LCR 10(f).

ORDER OF DISMISSAL - 1

Plaintiff has failed to update his address or respond to the Court's Order to Show Cause. Accordingly, this matter is DISMISSED without prejudice for failure to prosecute. *See* LCR 41(b)(2).

Dated this 8th day of August 2023.

Tana Lin
United States District Judge